IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| *In re Family Dollar Stores, Inc., Pest Infestation Litigation*<br><br>**This Document Relates To:**<br><br>**ALL CASES** | MDL No. 3032<br><br>Case No. 2:22-md-03032-SHL-TMP |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR ATTORNEY FEES**

Plaintiffs respectfully move under Federal Rules of Civil Procedure 23(h) and 54(d)(2) for a two-day extension of time, up to and including January 4, 2024, to file Plaintiffs' motion for attorney fees. This extension is not sought for purposes of delay. The motion is currently due on January 2, 2024, one day after the federal holiday. Counsel for Plaintiffs have worked expeditiously to meet the filing deadline but respectfully submit that the brief, two-day extension will assist counsel in completing the motion and allow counsel to spend time with their families over the holidays. Counsel for Plaintiffs have conferred with counsel for Defendants, who do not oppose this request.

Dated: December 22, 2023

Respectfully submitted,

By: *s/ J. Gerard Stranch IV*

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Email: gstranch@stranchlaw.com

Sarah Sterling Aldridge
BARRETT LAW GROUP, P.A.

        404 Court Square North
        Lexington, MS 39095
        Tel: (662) 834-2488
        Email: saldridge@barrettlawgroup.com

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically filed the above with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

        */s/ J. Gerard Stranch IV*
        J. Gerard Stranch, IV